**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

JASON HOOD,

    Plaintiff,                                  CASE NO: 05-CV-10254-BC

vs.                                           DISTRICT JUDGE DAVID M. LAWSON
                                             MAGISTRATE JUDGE CHARLES E. BINDER

MICHAEL KRAJNIK,

    Defendant.
_____/

**ORDER CHANGING TITLE OF DOCUMENT**

This order is entered under the authority given to this Magistrate Judge by an Order of Reference issued by District Judge David M. Lawson pursuant to 28 U.S.C. § 636(b)(1)(A).

On May 26, 2006, the *pro se* Plaintiff filed a document titled "Motion Opposing Defendant Krajnik Answer and Affirmative Defenses Jury Trial Demanded." After review of this document, it is clear to the Court that this is not a motion - it is a response to the answer filed by Defendant Krajnik. Accordingly, **IT IS ORDERED** that the Clerk's Office make a change to the docket text which reflects that document #22 is a response to the answer.

Review of this order is governed by 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and E.D. Mich. LR 72.1(d).

                                                     s/ *Charles E Binder*
                                                     CHARLES E. BINDER
Dated: June 12, 2006                      United States Magistrate Judge

**CERTIFICATION**

I hereby certify that this Order was electronically filed this date, electronically served on Kevin Thom, and served on Jason Hood by first class mail.

Date: June 12, 2006                    By     s/Jean L. Broucek
                                                     Case Manager to Magistrate Judge Binder