**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

JASON HOOD,

    Plaintiff,                            CASE NO: 05-CV-10254-BC

vs.                                     DISTRICT JUDGE DAVID M. LAWSON
                                           MAGISTRATE JUDGE CHARLES E. BINDER

MICHAEL KRAJNIK,

    Defendant.
_____/

**ORDER STRIKING DOCUMENT AND INSTRUCTING**
**CLERK TO REMOVE IMAGE FROM THE DOCKET**

    This order is entered under the authority given to this
Magistrate Judge by an Order of Reference issued by District
Judge David M. Lawson pursuant to 28 U.S.C. § 636(b)(1)(A).

    On June 1, 2006, the *pro se* Plaintiff filed a document titled "Plaintiff's Request For Interrogation of Defendant Krajnik." (Dkt. #24). This document is a list of questions directed to Defendant Krajnik, and is technically a set of interrogatories. E. D. Mich. LR 26.2 prohibits the filing of depositions, interrogatories, requests for production of documents, requests for admission and responses to such discovery material **unless** it is filed in support of a motion. In that case, the discovery material would be an attachment to the motion.

    Accordingly, **IT IS ORDERED** that document #24 shall be stricken from the Court record, and the Clerk's Office is directed to remove the image.

    Review of this order is governed by 28 U.S.C. § 636(b)(1), FED. R. CIV. P. 72, and E.D. Mich. LR 72.1(d).

                                                          s/ *Charles E Binder*
                                                    CHARLES E. BINDER
Dated: June 12, 2006                      United States Magistrate Judge

## **CERTIFICATION**

    I hereby certify that this Order was electronically filed this date, electronically served on Kevin Thom, and served on Jason Hood by first class mail.

Date:  June 12, 2006                        By     s/Jean L. Broucek
                                                        Case Manager to Magistrate Judge Binder